Timothy S. Cory, Esq.
Nevada Bar No. 1972
**TIMOTHY S. CORY & ASSOCIATES**
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 388-1996
tim.cory@corylaw.us
*Attorneys for William A. Leonard, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>EXECUTIVE PLASTERING, INC.,<br><br>Debtor. | Case No. 09-33776-BTB<br><br>Chapter 7 |
| WILLIAM A. LEONARD, TRUSTEE,<br><br>Plaintiff<br><br>v.<br><br>GARNETT K. HALL,<br><br>Defendant | Adv Case No. 11-01403-BTB |

## **VOLUNTARY DISMISSAL**

Pursuant to F.R.B.P. 7041(a)(1)(A) the Trustee, by and through his counsel, Timothy S. Cory & Associates, hereby voluntarily dismisses the within action.

DATED: December 9, 2014

**TIMOTHY S. CORY & ASSOCIATES**

*/s/ Timothy S. Cory*                    .
Timothy S. Cory, Esq.
*Attorneys for William A. Leonard, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Timothy S. Cory & Associates and that on the 9th day of December, 2014, I caused to be served a true and correct copy of the **VOLUNTARY DISMISSAL** in the following manner:

[X]    a.    **Electronic Service**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

[ ]    b.    **United States Mail**

By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed below, at their last known mailing addresses, on the date above written.

[ ]    c.    **Facsimile Transmission**

By facsimile to the facsimile numbers indicated, to those persons listed below, on the date above written. No error was reported by the facsimile machine that I used.

[ ]    d.    **Personal Service**

[ ]    For a party represented by an attorney, delivery was made by handing the documents to the attorney or by leaving the documents at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents in a conspicuous place in the office, on the date written above.

[ ]    For a party, delivery was made by handing the documents to the party or by leaving the documents at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there, on the date written above.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 9th day of December, 2014.

*/s/ Suzanne Alexander*
An employee of Timothy S. Cory & Associates